**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 19, 2015

_____

NOTICE TO DISTRICT COURT COUNSEL
(INFORMAL BRIEFING SCHEDULE)

_____

No. 15-6966,   US v. Albert Hardy, Jr.
1:07-cr-00010-MR-1

This case has been set on an informal briefing schedule because appellant may be proceeding pro se.

If you intend to represent appellant on appeal without appointment by this court, you should file an **appearance of counsel form** and motion to rescind the informal briefing schedule.

If you wish to seek appointment on appeal, you may file a motion to appoint or assign counsel and to suspend the informal briefing schedule pending ruling on the motion. The motion to appoint or assign must demonstrate why representation is required on appeal.

RJ Warren, Deputy Clerk
804-916-2702