FILED:  July 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6966
(1:07-cr-00010-MR-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ALBERT EUGENE HARDY, JR.

        Defendant - Appellant

_____

O R D E R

_____

The court assigns Matthew Fitzgerald, McGuireWoods LLP, as amicus

counsel, to file an amicus brief supporting the district court's position on appeal.

The amicus brief cover shall be green, but the brief shall conform in all other

respects to the length and format requirements of the parties' briefs. Amicus counsel

may participate in any oral argument scheduled in this case, with separately allotted

argument time of 20 minutes.

Counsel is referred to the memorandum on **Payment of Court-Assigned**

**Counsel** for information on maintaining time and expense records and obtaining a fee exempt PACER account for electronic access to documents in court-assigned cases.

Counsel's assignment to this case as a member of this court's CJA/Discretionary Panels authorizes counsel to obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer, **www.ca4.uscourts.gov**. All filings must comply with this court's **Memorandum on Sealed and Confidential Materials**. Counsel shall file an **Appearance of Counsel form** within 14 days of the date of this order.

For the Court

/s/ Patricia S. Connor, Clerk