# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

July 30, 2015

_____

TENTATIVE ASSIGNMENT TO SPECIAL SESSION
_____

No. 15-6966,   US v. Albert Hardy, Jr.
              1:07-cr-00010-MR-1

**ARGUMENT SESSION:** 10/7/15 (WVU)

**NOTICE OF MOTIONS OR CONFLICT DUE BY:**   08/04/2015
(no filing is required unless counsel has a conflict)

The Fourth Circuit schedules oral argument sessions at law schools and other locations throughout the circuit at various times during the year. Your case has been tentatively assigned for oral argument during the above-referenced argument session, to be held at the WEST VIRGINIA UNIVERSITY SCHOOL OF LAW.

Any motion that would affect the scheduling of argument for that session, including motions to continue, submit on the briefs, or voluntarily dismiss, must be filed by the due date shown. As required by Local Rule 27(a), any motion must state whether opposing counsel has consented. Use entry [Notice re: conflict with proposed argument dates](#) for any requests pertaining to the scheduling of argument. Counsel will be notified that their case has either been scheduled for a date certain during the session or continued to the next available session. Once scheduled for a date certain, a case will be removed from the argument calendar only for extreme, unforeseeable problems that could not have been raised within the period set for notice of conflicts. The identity of the panel hearing a case is not disclosed until the morning of argument.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2714