FILED: September 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6966
(1:07-cr-00010-MR-1)
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

v.

ALBERT EUGENE HARDY, JR.,

      Defendant - Appellant.

_____

O R D E R
_____

This case is scheduled for oral argument on October 7, 2015. The court directs the parties to be prepared to discuss the following issue:

> Whether, in light of United States v. Hood, 556 F.3d 226 (4th Cir. 2009), Hardy was "sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission" such that the district court had the authority to modify Hardy's sentence under 18 U.S.C. § 3582(c)(2).

For the Court

/s/ Patricia S. Connor, Clerk